UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. B-10-50580

IN RE:                                    ]
                                          ]
FIRST STREET MART, INC.                   ]        **TRUSTEE'S OBJECTION TO**
                                          ]        **ALLOWANCE OF CLAIMS**
                        Debtor(s)         ]
_____       ]

     The undersigned Trustee of the above Debtor(s) objects to the allowance of the following claim filed herein. The grounds for the objection are as follows:

     Claim No. 3 filed by Shujaul Bari as a secured claim in the amount of $168,500.00 should be disallowed because, after investigation by Trustee's Special Counsel, principal of Debtor has advised that the funds provided to him by this creditor, who is the brother of the principal, were not placed into the Debtor's account. Also, there is no evidence of any security documents that would support a secured claim.

     WHEREFORE, the undersigned Trustee prays that said claim as above set forth be disallowed, or reduced by offsets as indicated, and that he have such other and further relief as allowed by the Court.

     This the 17 day of February, 2011.


                                                                                           s/ Bruce Magers
                                                                                          Bruce Magers, Trustee